IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE *EX PARTE* APPLICATION OF CLÁUDIO DÊNIS MAKSOUD FOR AN ORDER TO TAKE DISCOVERY PURSUANT TO 28 U.S.C. § 1782 | Case No.: 1:25-mc-00163-JMF |

### [PROPOSED] ORDER GRANTING EXTENSION OF TIME TO RENEW APPLICATION

THIS CAUSE is before the Court on the Petitioner's Motion for Extension of Time to Renew Application Pursuant to 28 U.S.C. § 1782, and for good cause shown, it is hereby:

**ORDERED** and ADJUDGED that:

The Motion is hereby **GRANTED**; and it is further **ORDERED** that the deadline for the Petitioner to renew his sealed application, pursuant to the Court's April 25, 2025 Sealing Order (ECF No. 5), is hereby extended through and including **May 27, 2025**.
The Clerk of Court is directed to terminate ECF No. 6.

DONE AND ORDERED in Chambers in New York, New York this __May 8__, 2025.

_____
JUDGE JESSE M. FURMAN
UNITED STATES DISTRICT JUDGE

1